FILED
2011 Apr-07  AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
CENTRAL DIVISIONAL AREA

| | |
|---|---|
| AUTO-OWNERS<br>  INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>TOXEY CONSTRUCTION CO.,<br>INC., DANNY GRAHAM and<br>DEBRA GRAHAM,<br><br>        Defendants. | CIVIL ACTION NO. 2011-_____ |

## COMPLAINT FOR DECLARATORY JUDGMENT

1. The Plaintiff, Auto-Owners Insurance Company ("Auto-Owners") is a corporation which was incorporated in the State of Michigan and has its principal place of business in Michigan.

2. Defendant Toxey Construction Co., Inc. ("Toxey") is a corporation which was incorporated in the State of Alabama and has its principal place of business in Alabama.

3. Defendants Danny Graham and Debra Graham ("Graham") are individuals who are resident citizens of the State of Alabama.

4. This Court has subject matter jurisdiction of this cause by virtue of 28 U.S.C. § 1332 based on diversity of citizenship and the fact that the amount in

controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.  On or about January 18, 2011, Defendant Graham obtained an arbitration award against Toxey in the amount of $694,924.80. A true, correct and authentic copy of the award in said cause (the "underlying lawsuit") is attached hereto as Exhibit "A."

6.  Graham has now demanded that Auto-Owners pay this award pursuant to a policy of liability insurance issued by Auto-Owners to Toxey.

7.  A justiciable controversy exists between the parties herein regarding the rights and obligations of the parties under the aforementioned policy of liability insurance with regard to the arbitration award.

WHEREFORE, the Plaintiff demands judgment as follows:

1.  that the Court determine the rights and obligations of the parties under the policy of insurance as they relate to the arbitration award;

2.  that the Court declare that the Plaintiff has no duty to pay the award; and

3.  that the Court grant such further and different relief as is appropriate.

*/s/ Christopher Lyle McIlwain, Sr.*
Christopher Lyle McIlwain, Sr. (MCI002)
ASB-3043-I51C
Attorney for Plaintiff
Auto-Owners Insurance Company

**OF COUNSEL:**

HUBBARD, WIGGINS, McILWAIN,
 & BRAKEFIELD, P. C.
808 Lurleen Wallace Blvd., N.
P. O. Box 2427
Tuscaloosa, AL  35403
Telephone: (205) 345-6789