FILED
2011 Apr-07 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

ELECTRONICALLY FILED
3/7/2011 1:07 PM
CV-2008-904017.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### BIRMINGHAM DIVISION

| | |
|---|---|
| GRAHAM DANNY, <br> GRAHAM DEBRA, <br> Plaintiffs, <br> V. <br> TOXEY CONSTRUCTION COMPANY, INC., <br> TOXY ROY, <br> STEVE DURHAM, <br> CONCRETE WALLS, INC. ET AL, <br> Defendants. | ) <br> ) <br> ) <br> ) Case No.: CV-2008-904017.00 <br> ) <br> ) <br> ) <br> ) <br> ) |

### FINAL ORDER

This matter came on before the Court pursuant to the Arbitration hearing held between the parties on November 10, 2010. In accordance with the Arbitrator's Order and Alabama Civil Procedure rule 71C, the Court enters the following:

It is hereby, ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is hereby entered in favor of the plaintiffs, Danny and Debra Graham, and against the defendant, Toxey Construction, in the amount of Six Hundred Ninety Four Thousand Nine Hundred Twenty Four and 80/100 Dollars ($694,924.80).

2. As to the claims made by the Plaintiffs, Danny and Debra Graham, and against the defendant, Roy Toxey individually, those claims are hereby forever dismissed with prejudice.

3. The Defendant, Toxey Construction, has been given credit for all monies previously paid to Dwyer Foundation Specialists.

4. Each party to bear its own costs as it pertains to the litigation, court costs, arbitration costs and attorney fees associated with their prosecution and defense of this matter.

5. This case is dismissed **with prejudice**.

**DONE this 7th day of March, 2011.**

/s/ HELEN SHORES LEE
**CIRCUIT JUDGE**

